UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br><br>SUSAN STANLEY,<br><br>                        Debtor.<br><br>SUSAN STANLEY,<br><br>                        Appellant,<br><br>-against-<br><br>HSBC Bank USA and UNITED STATES TRUSTEE, REGION 2,<br><br>                        Appellees. | 25-CV-8290 (JGLC)<br><br>**ORDER** |

        JESSICA G. L. CLARKE, United States District Judge:

        This bankruptcy appeal has been assigned to me for all purposes. The briefing schedule provided in the Federal Rules of Bankruptcy Procedures, specifically in Rule 8018, is not excused and is hereby adopted. The parties are advised that oral argument will not be held unless and until the Court orders otherwise.

Dated: October 28, 2025
       New York, New York

                                                      SO ORDERED.

                                                      JESSICA G. L. CLARKE
                                                      United States District Judge