UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| IN RE:<br><br>SUSAN STANLEY,<br><br>Debtor. |
| SUSAN STANLEY,<br><br>Appellant,<br><br>-against-<br><br>HSBC Bank USA and UNITED STATES TRUSTEE, REGION 2,<br><br>Appellees. |

25-CV-8290 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On October 28, 2025, the Court adopted the briefing schedule in Rule 8018 in the Federal Rules of Bankruptcy Procedures. ECF No. 2. Rule 8018 provides that "[t]he appellant must serve and file a brief within 30 days after the docketing of notice that the record has been sent or that it is available electronically." On December 16, 2025, a Notice of Record of Appeal Availability (Completion) appeared on the docket. See ECF No. 5. Accordingly, Appellant's deadline to serve and file her brief was January 15, 2026. Because of Appellant's *pro se* status, the Court *sua sponte* extends Appellant's deadline to serve and file her brief to February 15, 2026. Appellees shall then serve and file their briefs within 30 days after Appellant's brief is served. The Clerk of Court is directed to mail a copy of this Order to Plaintiff.

Dated: January 22, 2026
        New York, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge