UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: <br><br> SUSAN STANLEY <br><br>               Debtor. | |
| SUSAN STANLEY, <br><br>             Appellant, <br><br>      -against- <br><br> HSBC BANK USA and UNITED STATES TRUSTEE, REGION 2, <br><br>           Appellees. | 25-CV-8290 (JGLC) <br><br> **ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On October 28, 2025, the Court adopted the briefing schedule in Rule 8018 in the Federal Rules of Bankruptcy Procedures. ECF No. 2. Rule 8018 provides that "[t]he appellant must serve and file a brief within 30 days after the docketing of notice that the record has been sent or that it is available electronically." On December 16, 2025, a Notice of Record of Appeal Availability (Completion) appeared on the docket. See ECF No. 5. Accordingly, Appellant's deadline to serve and file her brief was January 15, 2026. No brief was filed by that date. Because of Appellant's *pro se* status, the Court s*ua sponte* extended her deadline to serve and file her brief to February 15, 2026. ECF No. 6. However, as of this date, the Court still has not received Appellant's brief. The Court *sua sponte* HEREBY EXTENDS Plaintiff's deadline to file her brief to **March 25, 2026**. If the Court does not receive Plaintiff's filing by this date, it will enter an order to show cause why the action should not be dismissed for failure to prosecute.

The Court also notes that Appellee United States of America Trustee, Region 2 has not yet appeared in this action, and no proof of service has been filed on the docket as required by

Federal Rule of Bankruptcy Procedure 8011(d). Thus, by the same date, Appellant is directed to

file proof of service on the docket.

Dated:  February 25, 2026
        White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_____

                                        JESSICA G. L. CLARKE
                                        United States District Judge