UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| |
|---|
| IN RE:<br><br>SUSAN STANLEY,<br><br>              Debtor. |
| SUSAN STANLEY,<br><br>              Plaintiff,<br><br>      -against-<br><br>HSBC Bank USA and UNITED STATES TRUSTEE, REGION 2,<br><br>              Appellees. |

25-CV-8290 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On May 5, 2026, after two *sua sponte* extensions of time to for Appellant to file her brief, the Court entered an order to show cause for why this appeal should not be dismissed for failure to follow Court orders. ECF No. 8 ("OTSC"). The OTSC was returnable on April 27, 2026. *Id.* On May 5, 2026, Appellant responded. *See* ECF Nos. 9–11. The Court HEREBY DISCHARGES its Order to Show Cause because it finds that the reasons stated in Appellant's letter at ECF No. 9 constitute good cause. Moving forward, any requests to extend Court-ordered deadlines must be received by at least three days *before* the deadline that Appellant seeks to extend. The Court also GRANTS Appellant's request to submit her brief by June 3, 2026. Any requests to extend that deadline must be received by May 29, 2026. Finally, in her filing, Appellant indicates that she sought pro bono counsel (unsuccessfully) in this case and the related foreclosure case in state court. If at any point Appellant would like to stay this case to facilitate

locating counsel, she may request it by filing a letter. The Clerk of Court is directed to mail a

copy of this Order to Appellant.

Dated: May 11, 2026
        White Plains, New York

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge