UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

SUSAN STANLEY

Debtor.

SUSAN STANLEY,

Appellant,

-against-

HSBC BANK USA and UNITED STATES TRUSTEE, REGION 2,

Appellees.

25-CV-8290 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

On June 3, 2026, the Court granted Appellant Susan Stanley leave to file an amended Designation of the Record on Appeal and Statement of the Issues ("Designation and Statement") by July 1, 2026. ECF No. 15. To date, no such amended Designation and Statement has been filed. This is not the first time that Appellant has failed to comply with Court-ordered deadlines. *See* ECF Nos. 6–8.

Appellant is directed to file her amended Designation and Statement with the Bankruptcy Court by **August 14, 2026**. If she does not do so, the Court will enter a second order to show cause for why this case should not be dismissed for failure to comply with Court orders. The briefing schedule ordered in ECF No. 15 is also adjusted as follows. Within 14 days of the amended Designation and Statement appearing on this docket, Appellees may file an amended supplemental Designation and Statement. Appellant's opening brief shall be due on October 1, 2026. Appellees' opposition brief shall be due on October 31, 2026, and Appellant's reply shall be due by December 1, 2026. As the Court has previously reminded Appellant, she is required to

request extensions of Court-ordered deadlines at least three days before the relevant deadline. *See* ECF No. 12 at 1. Any delay in seeking an extension does not excuse a failure to obtain the position of opposing counsel regarding an extension. *Cf.* ECF No. 13.

The Clerk of Court is directed to mail a copy of this Order to Appellant.

Dated: July 30, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge