UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE:

SUSAN STANLEY,

Debtor.

SUSAN STANLEY,

Plaintiff,

-against-

HSBC Bank USA and UNITED STATES TRUSTEE, REGION 2,

Appellees.

25-CV-8290 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

Appellant Susan Stanley belatedly filed her amended Designation of the Record on Appeal and Statement of the Issues (“Designation and Statement”) on September 22, 2026. The Court HEREBY EXTENDS the briefing schedule outlined in ECF No. 16 as follows. By **October 6, 2026**, Appellees may file an amended supplemental Designation and Statement. Appellant’s opening brief shall be due on **November 1, 2026**. Appellees’ opposition brief shall be due on **December 1, 2026**, and Appellant's reply shall be due on **December 28, 2026**. As the Court has previously reminded Appellant, she is required to request extensions of Court-ordered deadlines at least three days before the relevant deadline. *See* ECF No. 12 at 1; ECF No. 16 at 1–2. The Court is unlikely to grant further extensions absent exceptional circumstances. Because Appellant has missed seven Court-ordered deadlines this year, *see* ECF Nos. 6–9, 16–18, **any failure to timely submit her opening brief by November 1, 2026, or at a later date permitted with leave of Court, may result in dismissal of this appeal**.

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

Dated: September 25, 2026
New York, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge