UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE:<br>SUSAN STANLEY,<br>Debtor. | |
| SUSAN STANLEY,<br>Appellant,<br>-against-<br>HSBC Bank USA and UNITED STATES TRUSTEE, REGION 2,<br>Appellees. | 25-CV-8290 (JGLC)<br>**ORDER** |

JESSICA G. L. CLARKE, United States District Judge:

On October 13, 2026, Appellant Susan Stanley filed in this Court and in the Bankruptcy Court an Emergency Motion for a stay pending appeal and to block a foreclosure sale of her home scheduled for 10:30 a.m. on October 14, 2026. The Bankruptcy Court has now ruled and denied her motion. For the same reasons given by the Bankruptcy Court, Appellant's motion in this court is DENIED. She has not demonstrated a likelihood of success on the merits of her appeal.

The Clerk of the Court is directed to mail a copy of this Order to Plaintiff.

Dated: October 14, 2026
White Plains, New York

SO ORDERED.

Jessica Clarke

JESSICA G. L. CLARKE
United States District Judge